## MAY 16, 2002

No. 01–10191 (01A895). STYRON v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## MAY 20, 2002

No. 00–1689. AT&T COMMUNICATIONS OF THE SOUTHWEST, INC. v. SOUTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Verizon Communications Inc.* v. *FCC, ante*, p. 467.

No. 01–1079. MONTGOMERY v. MARYLAND ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lapides* v. *Board of Regents of Univ. System of Ga., ante*, p. 613.

No. 01–9041. TIDIK v. WAYNE COUNTY FAMILY COURT DIVISION ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.